**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

Appellant's August 28, 2015 unopposed motion to redact or revise portions of the Court's

August 26, 2015 memorandum opinion is **GRANTED**.

/s/      DAVID L. BRIDGES
                JUSTICE